**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

KEVIN BACKUS, *et al.*,

                    Plaintiff,

          vs.                                    Civil Action 2:12-cv-278
                                                 Judge Frost
                                                 Magistrate Judge King

BANK OF AMERICA, N.A.,

                    Defendant.

<u>ORDER</u>

The Court conferred with counsel on February 15, 2013.  Counsel report that the case is settled.

With the agreement of the parties, this case is **DISMISSED** with prejudice, except that the case will be reopened upon motion by any party filed within thirty (30) days, should the terms of settlement not be met.

February 15, 2013                      *s/Norah McCann King*
                                       Norah M<sup>c</sup>Cann King
                                       United States Magistrate Judge